**No. 52381.**—Roos Bros., Inc., et al. *v.* United States, protests 53327–K, etc. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52382.**—W. A. Ballinger & Co. et al. *v.* United States, protests 96569–K, etc (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.